FILE COPY

No. 07-13-00364-CV

| | | |
|---|---|---|
| Davie C. Westmoreland d/b/a Allegheny Casualty Co. Bail Bonds<br>  Appellant | § | From the 361st District Court<br>  of Brazos County |
| | § | |
| v. | § | March 24, 2015 |
| | § | Opinion by Chief Justice Quinn |
| Rick Starnes d/b/a Starnes & Associates and Thomas Bevans<br>  Appellees | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated March 24, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o